JS-6

1  Justin A. Bubion, Esq. [SBN: 240312]
   Justin.bubion@qpwblaw.com
2  Sheila Vajdi, Esq. [SBN: 345340]
   Sheila.Vajdi@qpwblaw.com
3  **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
   500 N. Brand Boulevard, Suite 1650
4  Glendale, California  91203

5  Telephone: 213.486.0048
   Facsimile:  213.486.0049
6
7  Attorneys for Defendant, TARGET CORPORATION

8
9
10              UNITED STATES DISTRICT COURT
11        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
12

| | |
|---|---|
| FERNANDO ADAME,<br><br>          Plaintiff,<br><br>     vs.<br><br>TARGET CORPORATION, and DOES 1 through 100, Inclusive,<br><br>          Defendants. | CASE NO.: CV 23-3213-GW-SKx<br><br>Assigned to:<br>Judge George H. Wu<br>Magistrate Judge Steve Kim<br><br>**ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>Case Removed:  April 27, 2023<br>State Court Action Filed: January 24, 2023 |

   Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

   Having considered the stipulation between Plaintiff FERNANDO ADAME and Defendant TARGET CORPORATION, and good cause appearing therefor:

---

[PROPOSED] ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT

**IT IS HEREBY ORDERED** that Plaintiff FERNANDO ADAME, as a result of the alleged incident and subsequent claim all described more fully in the Complaint filed in the Superior Court of the State of California, County of Los Angeles, Case No. 23NWCV00268 ("State Court"), entitled <u>FERNANDO ADAME v. TARGET CORPORATION</u>, (the "State Court Action"), has incurred total damages, if any, that do not, and will never be claimed to, exceed <u>$75,000.00</u>.

Accordingly, this case does not meet the jurisdictional requirements for removal as defined in 28 U.S.C. §1332(a), and this matter is hereby remanded to the Superior Court of California, County of Los Angeles.

Dated: December 4, 2023

_____
HON. GEORGE H. WU,
United States District Judge

**PROOF OF SERVICE**

2

[PROPOSED] ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT

I am a citizen of the United States. My business address is 500 North Brand Blvd., Suite 1650, Glendale, California 91203.  I am employed in the County of Los Angeles where this service occurs.  I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document entitled:

**[PROPOSED] ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT**

☒  (BY CM/ECF)  I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☐  (BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

☐  **(**BY MAIL**)**  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.  On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

Gerald L. Marcus, Esq.
T. Vincent Consolo, Esq.
LAW OFFICES OF GERALD L. MARCUS
24025 Park Sorrento, Suite430
Calabasas, CA 91302
Telephone: (818)784-8844
Facsimile: (818)784-5970
vinnie@injurynetwork.org; ryan@injurynetwork.org; carmela@injurynetwork.org; info@injurynetwork.org;

Attorneys for Plaintiff
**FERNANDO ADAME**

☒  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2023, at Glendale, California.

*/s/ Mona C. Kent*
_____
Mona C. Kent

3

[PROPOSED] ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT